UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - Flagstaff

MAGISTRATE JUDGE'S MINUTES

DATE: 3/10/03     CASE NUMBER: 03-04043M-003

```
☑ FILED    ☐ LODGED
☐ RECEIVED ☐ COPY

MAR 1 3 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

USA vs. Irvin Cepi

U.S. MAGISTRATE JUDGE: STEPHEN L. VERKAMP #: 70BC

A.U.S. Attorney Joseph Lodge          INTERPRETER_____
                                      LANGUAGE_____

Attorney for Defendant ___
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 3-10-03          ☒ Initial Appearance           ☐ Appointment of counsel hearing held
☒ Financial Afdvt taken   ☐ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☐ Rule 40  ☐ Rule 20      ☐ Defendant states true name to be ___. Further proceedings ORDERED
                            in Defendant's true name.

| DETENTION HEARING: | REMOVAL HEARING/ID: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset | ☐ Held ☐ Con't ☐ Submitted ☐ Reset |
| Set for: 3-13-03 at 10:00 AM | ☐ Waived |
| Before: MAGISTRATE JUDGE VERKAMP | Set for: |
| ☒ Defendant ordered temporarily detained in the custody of the United States Marshal | Before: |
| ☐ Defendant ordered released _____ | ☐ Warrant of removal issued. |
| ☐ Defendant continued detained pending trial | ☐ Defendant ordered released _____ |
| ☐ Flight risk ☐ Danger | |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: _____ |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset | ☐ Held ☐ Con't ☐ Reset |
| ☐ Waived | Set for: |
| Set for: 3-13-03 at 10:00 AM | Before: |
| Before: MAGISTRATE JUDGE VERKAMP | |
| ☐ Probable cause found  ☐ Dismissed | |
| ☐ Held to answer before District Court | |

Other: Based on financial affidavit court orders defendant be appointed counsel for all further proceedings. Mikkel Jordahl accepts appointment of counsel on March 10, 2003.

The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 __will commence on __thru __for a total of __days.

RECORDED: Cass. V03-14
BY: Christina S. Hurley
Deputy Clerk

AUSA IPTS I CNSL I JUDGE